UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **DAVID MEDDERS, and CHRISTY EASTERLING MEDDERS,** | * | **CIVIL ACTION NO. 17-1681** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **BOUGHTON LITTER SPREADING L.L.C. AND BOUGHTON CATTLE, L.L.C.** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that this case is **REMANDED** to the 5th Judicial District Court for the Parish of Richland, State of Louisiana. 28 U.S.C. § 1447(c). The Clerk of Court is directed to certify a copy of this judgment and forward the same to the Clerk of the 5th Judicial District Court for the Parish of Richland, State of Louisiana.

**Monroe**, **Louisiana**, this 9th day of May, 2018.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**